IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

JEFFREY JOHNSON, JR.

Case No. 15-13936-JDL
(Chapter 13)

Debtor

MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND
REQUEST FOR ABANDONMENTOF PROPERTY AND REQUEST FOR WAIVER OF
14 DAY STAY PURSUANT TO LR 4001-1(B) AND BRIEF IN SUPPORT AND NOTICE
AND OPPORTUNITY FOR HEARING

Comes Now, Tinker Federal Credit Union ("TFCU"), a creditor in the above-styled bankruptcy proceeding, and moves this Court for an Order Modifying Stay pursuant to 11 U.S.C. §362 and Abandoning Property pursuant to 11 U.S. C. §554. In support of its motion, TFCU shows the Court as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with the respect to the Debtor(s) on October 13, 2015.

2. This Court has jurisdiction to hear this matter and enter a final order pursuant to 28 U.S.C. §§ 157 and 1334; and 11 U.S.C. § 362. The instant Motion constitutes a core proceeding and is a contested matter pursuant to Fed. R. Bankr. P. 4001(a) and 9014.

3. TFCU is a secured creditor of the Debtor(s).

4. TFCU is the owner and holder of a certain Promissory Note(s) and Security Agreement(s) executed by the Debtor(s) covering the following described personal property, to-wit:

- 2013 Dodge Durango; VIN#1C4RDHAG4DC535357 (the "Property").

TFCU's security interest in the Property has been properly perfected. A copy of the lien entry is attached hereto.

5. The total amount due on the Promissory Note(s) and Security Agreement(s) as of

December 14, 2015 is $36,363.55, plus accrued interest and interest accruing thereafter until paid in full, plus attorney's fees and costs.

6. The reasonable value of the Property is less than the debt owed against it.

7. The Debtor(s) have not provided TFCU with adequate protection.

8. The Debtor(s) are in default under the terms of their contract with TFCU.

9. The Property is burdensome to the estate, and the automatic stay should be lifted in order that TFCU may proceed to foreclose its interest in the Property.

10. Cause exists for relief from the automatic stay for the following reasons:

(a). TFCU's interest in the Property is not being adequately protected pursuant to 11 U.S.C. §362 (d) (1) as the Property is a depreciating asset, Debtor(s) have no equity in the property and Debtor(s) are in default under their contracts with TFCU.

(b). Pursuant to 11 U.S.C. §362 (d) (2) Debtor(s) have no equity in the Property and the Property is not necessary to an effective reorganization as Debtor's plan provided for the surrender of the Property.

11. TFCU is entitled to an order deeming the Property abandoned by the Trustee as an asset of the bankruptcy estate pursuant to 11 U.S.C. § 554 because it is burdensome to the estate or of insignificant benefit to the estate.

12. As Debtor(s) are in default under their obligations to TFCU and the Property is in declining value, TFCU requests that this order not be stayed.

13. **NOTICE OF OPPORTUNITY FOR HEARING**

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the

Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 14 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).

WHEREAS, Tinker Federal Credit Union moves the Court for an order modifying the automatic stay as to the Debtor(s) and the above described Property for all purposes allowed under the applicable Promissory Note(s) and Security Agreement(s) executed by the Debtor(s) and applicable law, including but not limited to allowing TFCU to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property, order the abandonment of the Property from the bankruptcy estate, order that the stay of this order provided in Bankruptcy Rule 4001 (a)(3) shall not apply, and grant such additional relief as this Court deems equitable.

By: s/Joel Hall
JOEL C. HALL (OBA #13643)
HALL & LUDLAM, PLLC
3001 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
405.600-9500 Telephone
405.600-9550 Facsimile
Email: Joel@okcfirm.com
Attorneys for Tinker Federal Credit Union

## **CERTIFICATE OF MAILING**

I hereby certify that on December 15, 2015, I served the attached document by first class U.S. mail, postage prepaid on the following who are not registered participants of the ECF System:

See attached matrix

s/Joel Hall
Joel C. Hall

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS                                    131355569A6957

VIN: 1C4RDHAG4DC535357  VEHYR: 2013 MAKE: DODG   MODEL: DUR    BODY: UT
AGNT #: 5569                       LIEN DATE: 05/15/2013       LIEN TIME: 10:00
LIEN DEBTOR: JOHNSON JR,JEFFREY

6208 WESTPARK DR
OKLAHOMA CITY    OK   73142

LIEN HOLDER: TINKER FEDERAL CREDIT UNION

PO BOX 45750
TINKER AFB       OK   73145                      REF#: 131355569A6957

TO: OKLAHOMA TAX COMMISSION
    MOTOR VEHICLE DIVISION
    P.O. BOX 269061
    OKLAHOMA CITY  OK   73126
TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR
VEHICLE DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE.
PLEASE REVISE YOUR RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X _____      DATE _____
                                                                COPY 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 15-13936<br>Western District of Oklahoma<br>Oklahoma City<br>Mon Dec 14 11:03:32 CST 2015 | Planet Home Lending, LLC<br>c/o Lyle R. Nelson<br>Elias, Books, Brown & Nelson, P.C.<br>Two Leadership Square, Ste. 1300<br>211 N. Robinson Ave.<br>Oklahoma City, OK 73102-7149 | ~~USBC Western District of Oklahoma~~<br>~~215 Dean A. McGee~~<br>~~Oklahoma City, OK 73102-3426~~ |
| ATT<br>1801 VALLEY VIEW LN<br>DALLAS TX 75234-8906 | Ars<br>1801 Nw 66th Ave<br>Fort Lauderdal FL 33313-4571 | Ars Account Resolution<br>1643 Harrison Pkwy Ste 1<br>Sunrise FL 33323-2857 |
| CITY OF OKLAHOMA CITY<br>420 WEST MAIN STEET<br>OKLAHOMA CITY OK 73102-4437 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Credit Collections Inc/AMR<br>Po Box 60607<br>Oklahoma City OK 73146-0607 | Credit Systems Intl In<br>P O Box 1088<br>Arlington TX 76004-1088 | Dept Of Education/neln<br>121 S 13th St<br>Lincoln NE 68508-1904 |
| Elias Brooks Brown and Nelson PC<br>Two Leadership Square<br>211 North Robinson Suite 1300<br>Oklahoma City OK 73102-7222 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville FL 32256-7412 | Green Planet Servicing<br>321 Research Pkwy Ste 30<br>Meriden CT 06450-8342 |
| IC System<br>Attn: Bankruptcy<br>444 Highway 96 East, Po Box 64378<br>St. Paul MN 55164-0378 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | OKLAHOMA NATURAL GAS<br>PO BOX 21019<br>TULSA OK 74121-1019 |
| Oklahoma Child Support Services<br>P.O. Box 248822<br>Oklahoma City OK 73124-8822 | Planet Home Lending, LLC<br>321 Research Parkway Ste 303<br>Meriden CT 06450-8342 | The City of Oklahoma City<br>Development Services Dept<br>Charles Locke<br>420 W Main Ste 1050<br>Oklahoma City OK 73102-4436 |
| Tinker Fcu<br>Po Box 45750<br>Tinker AFB OK 73145-0750 | U.S. Department of Education C/O Nelnet<br>3015 South Parker Road, Suite 400<br>AURORA, CO 80014-2904 | ~~U.S. Trustee~~<br>~~United States Trustee~~<br>~~215 Dean A. McGee Ave., 4th Floor~~<br>~~Oklahoma City, OK 73102-3444~~ |
| USAA Federal Savings Bank<br>10750 Mcdermott Fwy<br>San Antonio TX 78288-1600 | Westlake Homeowners Association Inc<br>PO Box 721064<br>Oklahoma City OK 73172-1064 | Jeffrey Johnson Jr.<br>6208 Westpark Drive<br>Oklahoma City, OK 73142-4414 |
| ~~John T. Hardeman~~<br>~~PO Box 1948~~<br>~~Oklahoma City, OK 73101-1948~~ | ~~Tearsa Storms Olson~~<br>~~Storms Law Office~~<br>~~2400 NW 23rd St., Ste. 102~~<br>~~Oklahoma City, OK 73107-2438~~ | |

~~The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).~~

| | |
|---|---|
| ~~Military Star~~ | ~~End of Label Matrix~~ |
| ~~PO Box 650410~~ | ~~Mailable recipients    28~~ |
| ~~Dallas TX 75265-0410~~ | ~~Bypassed recipients     0~~ |
| | ~~Total                  28~~ |