## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| Jeffrey Johnson, Jr., | ) | |
| | ) | **Case No. 15-13936-JDL** |
| Debtor. | ) | **Chapter 13** |

AMENDED
### CERTIFICATE OF SERVICE

This is to certify that on the 16th day of December, 2015, a true and correct copy of the *Amended Schedule F, Amended Summary of Schedules, Amended Statistical Summary of Certain Liabilities, Amended Declaration Concerning Schedules, Amended Verification of Matrix, and Amended Matrix*, filed on the 11th day of December, 2015 was forwarded via U.S. Mail, first class, postage prepaid, to the following:

ATT
1801 VALLEY VIEW LN
DALLAS TX 75234

CITY OF OKLAHOMA CITY
420 WEST MAIN STEET
OKLAHOMA CITY OK 73102

OKLAHOMA NATURAL GAS
PO BOX 21019
TULSA OK 74121-1019


All creditors on the attached mailing matrix.


/s Tearsa Storms Olson
Tearsa Storms Olson   OBA#30264
Storms Law Office, PC
2400 NW 23rd St., Suite 102
Oklahoma City, OK 73107
Telephone: (405) 582-0012
Fax: (405) 212-4872
Email: tearsastorms@gmail.com
Attorney for Debtor

Label Matrix for local noticing
1087-5
Case 15-13936
Western District of Oklahoma
Oklahoma City
Fri Dec 11 17:36:52 CST 2015

Planet Home Lending, LLC
c/o Lyle R. Nelson
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Ste. 1300
211 N. Robinson Ave.
Oklahoma City, OK 73102-7149

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

Ars
1801 Nw 66th Ave
Fort Lauderdal FL 33313-4571

Ars Account Resolution
1643 Harrison Pkwy Ste 1
Sunrise FL 33323-2857

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Credit Collections Inc/AMR
Po Box 60607
Oklahoma City OK 73146-0607

Credit Systems Intl In
P O Box 1088
Arlington TX 76004-1088

Dept Of Education/neln
121 S 13th St
Lincoln NE 68508-1904

Elias Brooks Brown and Nelson PC
Two Leadership Square
211 North Robinson Suite 1300
Oklahoma City OK 73102-7222

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville FL 32256-7412

Green Planet Servicing
321 Research Pkwy Ste 30
Meriden CT 06450-8342

IC System
Attn: Bankruptcy
444 Highway 96 East, Po Box 64378
St. Paul MN 55164-0378

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

Oklahoma Child Support Services
P.O. Box 248822
Oklahoma City OK 73124-8822

Planet Home Lending, LLC
321 Research Parkway Ste 303
Meriden CT 06450-8342

The City of Oklahoma City
Development Services Dept
Charles Locke
420 W Main Ste 1050
Oklahoma City OK 73102-4436

Tinker Fcu
Po Box 45750
Tinker AFB OK 73145-0750

U.S. Department of Education C/O Nelnet
3015 South Parker Road, Suite 400
AURORA, CO 80014-2904

U.S. Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3444

USAA Federal Savings Bank
10750 Mcdermott Fwy
San Antonio TX 78288-1600

Westlake Homeowners Association Inc
PO Box 721064
Oklahoma City OK 73172-1064

Jeffrey Johnson Jr.
6208 Westpark Drive
Oklahoma City, OK 73142-4414

John T. Hardeman
PO Box 1948
Oklahoma City, OK 73101-1948

Tearsa Storms Olson
Storms Law Office
2400 NW 23rd St., Ste. 102
Oklahoma City, OK 73107-2438

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Military Star
PO Box 650410
Dallas TX 75265-0410

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25