# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: **Jeffrey Johnson Jr.** )
)  BK- **15-13936** JDL
)
_____ )
Debtor(s).                )  Chapter 13

## TRUSTEE'S OBJECTION AND/OR
## REQUEST FOR SETTING OF HEARING ON CONFIRMATION

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

[X] Trustee objects to confirmation
   [X] The proposed plan is not feasible    [X] Terms must increase    [ ] Per I & J _____
   [X] Plan Payments are not current    [ ] Filing fee not paid in full    [ ] DSO information not provided
   [ ] Plan fails to pay general unsecured pursuant to means test _____
   [ ] Certificate of service [ ] not provided or [ ] time has not run
   [X] 60 days pay vouchers not provided **GI & BAH Stmt**    [X] Means test not calculated
   [ ] All debts not provided for _____
   [ ] Plan was not proposed in good faith    [ ] Paying for item(s) not necessary for reorganization
   [ ] Tax returns not provided    [ ] Plan fails to pay liquidation value _____
   [ ] Debtor(s) are above median income and plan not proposed for 60 months
   [ ] Oklahoma Tax Commission objects to confirmation [ ] Unfiled returns for _____
   [ ] Internal Revenue Service objects to confirmation [ ] Unfiled returns for _____
   [ ] Creditor in attendance objects to confirmation _____
   [X] Written objection filed by **Planet Lending**
   [ ] Other _____

[ ] Any dismissal shall be requested with prejudice

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

DATE: **12/17/15**

   cc: Original filed with Clerk
   Debtor(s) Attorney

Respectfully submitted,

John Hardeman
Chapter 13 Trustee

*************************************************************************

## NOTICE OF HEARING

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on **1/26/16**, at **9:30** a.m. in the Second Floor Courtroom, before the Honorable Janice D. Loyd. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the § 341 Meeting of Creditors. Loc. R. Bankr. P. 3015(e)(1) and (e)(3).**